ACCEPTED
05-15-01499-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
12/9/2015 3:11:08 PM
LISA MATZ
CLERK

CASE NO. _____-CV

## IN THE COURT OF APPEALS

## FOR THE FIFTH JUDICIAL DISTRICT

## DALLAS, TEXAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/9/2015 3:11:08 PM
LISA MATZ
Clerk

## DAVID SCHUM

**Appellant,**

**v.**

## MUNCK WILSON MANDALA, LLP

**Appellee,**

On Appeal from the 193rd Judicial District Court

Of Dallas County, Texas

Trial Court No. DC-14-13841

Honorable Judge Carl Ginsberg, Presiding

## NOTICE OF APPEAL

David Schum, Pro Se
4149 Lovers Lane, Apt. C
Dallas, Texas 75225

469-513-2177

Watchradio@aol.com

Notice is hereby given that Defendant David Schum hereby appeals the Summary Judgment issued by the 193rd Judicial District Court, Dallas County, Texas, in the above styled numbered cause, entered on September 10, 2015 to the Fifth Court of Appeals, Dallas, Texas.

Respectfully submitted,

David Schum, Pro Se
4149 Lovers Lane, Apt. C
Dallas, Texas 75225

December 8, 2015

469-513-2177

Watchradio@aol.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document has been forwarded to Mark S. Senter, counsel of record for the Plaintiff, by email at msenter@munckwilson.com on this 8th day of December 2015.

David Schum, Pro Se